IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DOES, *J.M. and N.M.,*  PLAINTIFFS/COUNTER-DEFENDANTS
*on behalf of C.F.*

v.    CASE NO. 2:21-CV-00075-BSM

PALESTINE-WHEATLEY
SCHOOL DISTRICT, *et al.*    DEFENDANTS/COUNTER-CLAIMANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE